# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-20-29-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER** |
| DAVID SHANE LINDELL, | |
| Defendant. | |

Upon the Defendant's Motion to Reopen Pretrial Motion Briefing Period for Suppression Hearing (Doc. 37), and good cause appearing therefore;

IT IS HEREBY ORDERED that the deadline to file a supplemental motion is **Friday, October 16, 2020**.

IT IS FURTHER ORDERED that the deadline to file a response to the supplemental motion is **Friday, October 30, 2020.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _____9th____ day of October, 2020.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE