## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-20-29-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION FOR POST-HEARING BRIEFING** |
| DAVID SHANE LINDELL, | |
| Defendant. | |

Before the Court is Defendant's Motion requesting a post-hearing briefing period (Doc. 47). Defendant indicated the Government objects to this motion.

Whether there was consent to search the vehicle before the search occurred is a factual determination the Court must make. Additional briefing cannot resolve this issue. Therefore,

**IT IS HEREBY ORDERED** that the Defendant's motion is **DENIED**.

DATED this _____ 7th _____ day of December, 2020.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge