## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SHANE LINDELL,<br><br>Defendant. | CR 20-29-BLG-SPW<br><br><br>ORDER |

Upon the United States' Motion to Dismiss the Forfeiture Allegation (Doc. 77) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment **is DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___29th___ day July, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1